## IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
### DIVISION OF SAINT CROIX

| | |
|---|---|
| Denroy Adams,<br>　　　　　　　　　　Plaintiff,<br>　　vs.<br>Glencore Ltd.,<br>Cosmogony II, Inc., *as successor by merger of*<br>General Engineering Corporation,<br>　　　　　　　　　　Defendants. | **1:21-cv-00248**<br><br>ACTION FOR DAMAGES<br><br>JURY TRIAL DEMAND |

## [CORRECTED] PLAINTIFF'S REQUEST FOR ENTRY OF DEFAULT AGAINST DEFENDANT COSMOGONY II, INC.

COMES NOW Plaintiff via undersigned counsel, to request that the Clerk of Court, or in the alternative, this Honorable Court, enter an *Entry of Default* against the Defendant **COSMOGONY II, INC.,** pursuant to Fed R. Civ. Pro. 55(a). The rule provides:

> When a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend, and that failure is shown by affidavit or otherwise, the court or the clerk **must** enter the party's default. (*emphasis added*)

Plaintiff makes this request because Defendant **COSMOGONY II, INC.,** was properly served on **August 13, 2021** by Antonio "Ricky" Messer pursuant to Title 13 V.I.C. § 348 via service on the Office of the Lieutenant Governor; as Cosmogony II, Inc., has not kept a valid and current resident/registered agent. The **Affidavit of Service** was filed with the Court on **August 30, 2021,** as **Document 13-1**. The time for the Defendant to file an Answer or Responsive Pleading was by **September 6, 2021**, which has now passed; thus the Defendant is in default. The Defendant is a corporation, so it is not a minor, incompetent, nor in the military.

As the Plaintiff will be proceeding against the other defendants, a monetary damage award against the Defaulted Defendant can be determined later if there is a future jury trial. However, if all other parties settle before a trial, the Plaintiff will request that the Court set a damage hearing for the Defaulted Defendant.

WHEREFORE the Plaintiff respectfully requests the Clerk of this Court, or this Honorable Court, make an *Entry of Default* against the Defendant, COSMOGONY II, INC. Two Proposed Order are enclosed for use by the Clerk of Court or by the District Court Judge.

Respectfully submitted,

DATED: September 29, 2021   */s/ J. Russell B. Pate, Esq.*
THE PATE LAW FIRM (V.I. Bar No: 1124)
P.O. Box 370, Christiansted
Saint Croix, USVI 00821
340.777-7283 Office
888.889-1132 Fax
Pate@SunLawVi.com
SunLawVi@gmail.com
  Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing document was electronically filed on CM/ECF and that same will be served via the Notice of Electronic Filing on all parties:

Richard H. Hunter
Hunter, Cole & Bennett
Pentheny Bldg., 3rd Fl.
1138 King Street, Suite 301
CHRISTIANSTED, VI 00820
340-773-3535
Fax: 340-778--8241
Email: rhunter@hcbvilaw.com

**/s/ J. Russell B. Pate, Esq.**